## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Frank Drew
                      Plaintiff,
v.                                        Case No.: 1:25−cv−02256
                                                            Honorable Joan H. Lefkow

City of Evanston, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

       MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' Joint Status Report ("JSR") [84]. All written discovery responses are now due by January 5, 2026. The parties represent that there are some disputes regarding a subpoena and a proposed confidentiality agreement. The parties should continue to meet and confer on the noted disputes. The Parties must submit a proposed confidentiality agreement by no later than 2/3/25. The proposed order shall be submitted to [Proposed_Order_Jantz@ilnd.uscourts.gov]. Further, the Parties are to review the Court's Standing Order on Confidentiality or Protective Orders beforehand to ensure compliance with the obligations laid out therein. A telephonic status hearing is set for 2/19/26 at 9:45 a.m. to report on the progress of discovery, which is to include an update on the status of any outstanding subpoenas or court records (including reaching out to those entities ahead of time). To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.